FILED

DEC -5 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  I N D I C T M E N T |
| | ) |
| Plaintiff, | ) |
| | )  **4:24 CR 00454** |
| v. | )  CASE NO._____ |
| | )  Title 18, United States Code, |
| DAMON K. PERRY, | )  Sections 2242(3) and 2243(b) |
| | ) |
| Defendant. | )  **JUDGE FLEMING** |
| | ) |

COUNT 1
(Sexual Abuse of a Detainee, 18 U.S.C. § 2243(b))

The Grand Jury charges:

1.     On or about November 9, 2023, in the Northern District of Ohio, Eastern

Division, the defendant, DAMON K. PERRY, while in the Mahoning County Jail, a facility in

which persons are held in custody by direction of or pursuant to a contract or agreement with the

head of any Federal department or agency knowingly engaged in a sexual act with M.D., a

person who was in official detention and under the custodial, supervisory and disciplinary

authority of the defendant when his penis made contact with M.D.'s vulva, in violation of Title

18, United States Code, Section 2243(b).

## COUNT 2
(Sexual Abuse, 18 U.S.C. § 2242(3))

The Grand Jury further charges:

2.      On or about November 9, 2023, in the Northern District of Ohio, Eastern Division, the defendant, DAMON K. PERRY, while in Mahoning County Jail, a facility in which persons are held in custody by direction of or pursuant to a contract or agreement with the head of any Federal department or agency, knowingly engaged in a sexual act without M.D.'s consent, including through PERRY'S coercion of M.D., when his penis made contact with M.D.'s vulva, in violation of Title 18, United States Code, Section 2242(3).

## COUNT 3
(Sexual Abuse of a Detainee, 18 U.S.C. § 2243(b))

The Grand Jury further charges:

3.      On or about November 30, 2023, in the Northern District of Ohio, Eastern Division, the defendant, DAMON K. PERRY, while in the Mahoning County Jail, a facility in which persons are held in custody by direction of or pursuant to a contract or agreement with the head of any Federal department or agency knowingly engaged in a sexual act with M.D., a person who was in official detention and under the custodial, supervisory and disciplinary authority of the defendant when his penis made contact with M.D.'s vulva, in violation of Title 18, United States Code, Section 2243(b).

<u>COUNT 4</u>
(Sexual Abuse, 18 U.S.C. § 2242(3))

The Grand Jury further charges:

4.    On or about November 30, 2023, in the Northern District of Ohio, Eastern Division, the defendant, DAMON K. PERRY, while in Mahoning County Jail, a facility in which persons are held in custody by direction of or pursuant to a contract or agreement with the head of any Federal department or agency, knowingly engaged in a sexual act without M.D.'s consent, including through PERRY'S coercion of M.D., when his penis made contact with M.D.'s vulva, in violation of Title 18, United States Code, Section 2242(3).


A TRUE BILL.


Original document  - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.


3